

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00370-CV

MICHAEL LOWE, Appellant § On Appeal from 352nd District Court

V. § of Tarrant County (352-333908-22)

§ August 22, 2024

AMERICAN AIRLINES, INC. AND § Memorandum Opinion by Justice Walker
TAMIKA BARKERS, Appellees

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Michael Lowe shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
      Justice Brian Walker